# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

**CR 17 509**

KEVIN ALAN MURRAY

**CRB**

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2111 – Robbery-Special Maritime and Territorial Jurisdiction

---

A true bill.

_____ Foreman

Filed in open court this __21__ day of __Sept. 2017__.

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ _no bail arrest warrant_

FILED
SEP 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

**FILED SEP 21 2017 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Count 1: 18 U.S.C. § 2111. Robbery – Special Maritime and Territorial Jurisdiction.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
1) Maximum Imprisonment: 15 years
2) Maximum Fine: $250,000
3) Maximum Supervised Release: 1 year
4) Mandatory Special Assessment: $100

### DEFENDANT - U.S

▶ KEVIN MURRAY

DISTRICT COURT NUMBER: CR 17 509 CRB

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Denise M. Oki

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail.

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:         Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
SEP 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALAN MURRAY,<br><br>Defendant. | CASE NO. CR 17 509<br><br>VIOLATIONS:<br>18 U.S.C. § 2111– Robbery-Special Maritime and Territorial Jurisdiction<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 2111 – Robbery-Special Maritime and Territorial Jurisdiction (Class C Felony)

On or about March 2, 2017, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

KEVIN ALAN MURRAY,

took, and attempted to take through force and violence, and by intimidation, anything of value from the presence of another, to wit, one Arri Amira camera and accessories, while on federally-owned land

INDICTMENT

administered by the Presidio Trust in violation of 18 U.S.C. § 2111 – Robbery-Special Maritime and Territorial Jurisdiction (Class C Felony).

DATED:  Sept. 21, 2017

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
HALLIE HOFFMAN
Acting Chief, General Crimes Section

(Approved as to form: _____Denise Oki_____)
SAUSA DENISE M. OKI

INDICTMENT