January 15, 2019

The Honorable Charles R. Breyer
U.S. Courthouse
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Dear Judge Breyer,

I am writing this letter in support of my son, Kevin Murray, Jr. I understand that his attorney is filing a motion for my son to get into some further programs away from the criminal justice system. I am 100% in favor of my son getting more help.

First, I want to thank the Court for allowing Kevin to come home while his case is still pending. After a year in halfway houses and over a month in custody while on pretrial release, I wasn't sure what my son would be like when he returned home. And I must admit that I had much apprehension about bringing Kevin back into my house. Before Kevin was arrested on this case, I felt Kevin slipping away. He was hanging with the wrong crowd, involving himself with recreational drugs and getting into trouble. I tried to enforce rules and structure on him, but it was a continuous battle. It was much easier when he was 15 and had basketball for an outlet, than as a 21-year-old adult. I was so proud for what Kevin had accomplished when he graduated from high school, but I feel like all his choices and efforts were misdirected when he became of age and teetered back and forth with college.

Kevin was angry and moody and wasn't always "present." I know a part of him really wanted to play college basketball and in not doing so he lost his happiness. And his mental health issues were always a contributing factor. But after his time in the halfway houses, in custody, in various mental health counseling, and in anger management, Kevin's disposition has changed so much for the better. He speaks highly of his counselor and says she gives him the opportunity to talk about everything. I definitely see the difference because I no longer feel I'm battling with my child when having a simple conversation with him. It seems as if the foggy lenses he was looking through are now clear. He and I have been able to talk without arguing back and forth and without him seeing me as the enemy who wants only to meddle in his life.

An example of this was a recent conversation I had with Kevin when he told me that it was annoying to him when I call him to ensure he is home before his curfew. I expressed to him that I didn't like him saying it was annoying. I conveyed the importance of understanding that as his mother, I want to make sure he is never late and that I didn't want any federal agents coming to my house because he did not make curfew. Kevin responded "that's still annoying because I've never been late" and then walked away. However, he came back within a couple of minutes and said "Mom, you're right; I could've handled the conversation differently." Kevin's growth is so evident.

On another occasion, my daughter, Kevin's little sister, who can be very loud and opinionated, couldn't find her toothpaste. She barged into Kevin's room and demanded that he return her toothpaste. Instead of reacting to her, Kevin calmly told her he did not have it and diffused the

situation. Eighteen months ago, such an incident would've turned into a loud and heated verbal back and forth between the two. I later commended Kevin for keeping his cool and encouraged him to continue to be patient and to think before reacting. He is showing maturity and I am so proud of the progress he has made over these past few months. I believe his growth is being around people that want to help him and by going to different programs that help him change his life.

Although it's not from the lack of trying, obtaining steady employment has been a challenge. Kevin was hired in December 2018 for a counselor position at Larkin Street Youth Services that he really was proud and excited about. He believed it was his ideal job. The program at Larkin Street involves helping young adults address major turmoil in their life from homelessness to drug and alcohol abuse. Kevin felt strongly that he could relate to these peers. Kevin was very happy he had been hired and had completed the required medical/drug test. He and I even discussed him one day opening up his own program to help others. However, when his background check was returned, Kevin was told that his background check was not clear. His pending cases were having a direct effect on his ability to get a job. Maybe for the first time in his life, Kevin understood that he was now paying for his past mistakes. He was so disappointed and down on himself. My heart just ached because I knew he really wanted that job. After he lost that position, he stayed in his room for what seemed like a couple of days. Eventually, when he was ready to talk, he said that he was disappointed but that he wouldn't give up on the job and would try to convince Larkin Street to hire him anyway. I shared words of encouragement but on the inside, I was upset and sad for my son. I am praying he may still have the opportunity to work at Larkin Street, but in the meantime, he is still searching for regular employment. I'm so proud of today's Kevin. I am optimistic with the various resources, his drive and clear mind will propel him into becoming a better Kevin Alan Murray, Jr.

When I see my son, I no longer look at him with anger and frustration. I look at him and see a young man who is trying to do right by himself, the courts, society and me. I would like to implore the Court to allow Kevin to participate in drug counseling, anger management and other programming. It's helping so thank all who have played a part in his change. I truly feel that this case changed his stars and saved his life; his fate has been changed. Kevin himself while laying at the foot of my bed told me out his own mouth, him going through this ordeal was the best thing that happened to him. Because he has showed so much growth and desire, I am graciously asking you to allow my son to participate in the CAP program. I will support him with all I am. I will do everything I can to make sure he is even more successful. I believe my son will not let down the Court, his lawyer, me and all the others who are helping him. I believe in my son, I'm asking the Court to please believe in him too.

Sincerely,

*Djuana Q Johnson*

Djuana D. Johnson
Jan. 15, 2019